**Jack A. FUNK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD30952.**

Missouri Court of Appeals,
Western District.

July 8, 1980.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 4, 1980.

Application to Transfer Denied
Sept. 9, 1980.

Clifford A. Cohen, Public Defender, Gary
L. Gardner, Kevin R. Locke, Asst. Public
Defenders, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for
respondent.

Before WASSERSTROM, C. J., Presiding, and PRITCHARD and KENNEDY, JJ.

PER CURIAM:

After pleading guilty on October 25, 1978,
to burglary in the second degree and stealing, and after having been sentenced to
imprisonment, appellant moved on March
14, 1979, to vacate and set aside the sentence under Rule 27.26. The trial court
appointed counsel, held an evidentiary hearing, made findings of fact and conclusions
of law, and entered judgment overruling
the motion. From that judgment, appellant pursues this appeal. He alleges as his
sole point that the court erred in its ruling
because appellant did not voluntarily plead
guilty in that his trial counsel ineffectively
failed to interview two potential alibi witnesses.

Upon a review of the entire record, we
have determined that the judgment of the
trial court is based upon findings of fact
which are not clearly erroneous and no error of law appears. An extended opinion
would have no precedential value. Accordingly, the judgment is affirmed by this
memorandum opinion under Rule 84.16(b).